UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | Case No. 23-cv-06135-AMO |
| Plaintiff, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| RUSSELL A ROBINSON, et al., | Re: Dkt. No. 8 |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Jacqueline Scott Corley for consideration of whether the case is related to 23-cv-3090-JSC.

**IT IS SO ORDERED.**

Dated: December 19, 2023

**Araceli Martínez-Olguín**
**United States District Judge**