| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAR 1 2024 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

WELLS FARGO BANK, NATIONAL ASSOCIATION,

    Plaintiff - Appellee,

 v.

RUSSEL A. ROBINSON,

    Defendant - Appellant,

EQUAAN D. SMITH,

    Defendant - Appellee.

No. 24-930

D.C. No. 3:23-cv-06135-JSC
Northern District of California, San Francisco

ORDER

Before: CLIFTON, CALLAHAN, and H.A. THOMAS, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not reviewable. *See* 28 U.S.C. § 1447(d); *Kunzi v. Pan Am. World Airways, Inc.*, 833 F.2d 1291, 1293 (9th Cir. 1987) (order remanding a removed action to state court for lack of subject matter jurisdiction is not reviewable). Consequently, this appeal is dismissed for lack of jurisdiction.

    **DISMISSED.**