UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
405 Golden Gate Ave.
San Francisco, CA 94102

www.cand.uscourts.gov

ENDORSED
FILED
ALAMEDA COUNTY

MAR 14 2024

CLERK OF THE SUPERIOR COURT
By Lanette Buffin, Deputy

Mark B. Busby
Clerk of Court

General Court Number
415-522-2068

March 12, 2024

California Superior Court, County of Alameda
1225 Fallon Street
Oakland, CA 94612

FILED

MAR 21 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RE: Wells Fargo Bank, N.A. v. Russell A Robinson, et al.
    3:23-cv-06135-JSC

Your Case Number: RG20051563

Dear Clerk,

    Pursuant to an order remanding the above captioned case to your court, please find enclosed a certified copy of docket entries and the remand order.

    Please send an acknowledgement of receipt of these documents to 5Docketing@cand.uscourts.gov.

Sincerely,

Mark B. Busby, Clerk

by: Samuel Campos
Case Systems Administrator

(Upside-down stamp, faintly legible:)
ALAMEDA COUNTY
FILED
MAR 1 7 [illegible]

(Second stamp, faintly legible:)
FILED
MAR 2 1 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



23-cv-06135-JSC   Document 36   Filed 03/22/24   Pag

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

102 — 2

OAKLAND CA 945
19 MAR 2024 PM 5 L
PAID

BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY ADMN OFFICE OF THE US COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE STE 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

RECEIVED

MAR 21 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA