UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 25 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>RUSSELL ALAN ROBINSON, Counsel,<br><br>　　　　Defendant - Appellant,<br><br>EQUAAN D. SMITH,<br><br>　　　　Defendant - Appellee. | No. 24-930<br><br>D.C. No.<br>3:23-cv-06135-JSC<br><br>Northern District of California, San Francisco<br><br>MANDATE |

The judgment of this Court, entered March 01, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　CLERK OF COURT